UNITED STATES of America,
Plaintiff–Appellee,

v.

Patrick JOHNSON, Defendant–Appellant.

No. 07–10576.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 4, 2010.

Amber M. Craig, Esq. USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Rene L. Valladares, Esq., FPDNV–Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Patrick Johnson appeals from his guilty-plea conviction and 188–month sentence for possession of a controlled substance with intent to distribute—cocaine base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Johnson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. He has filed a supplemental brief, but no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED.** Johnson's request to strike the *Anders* brief and appoint new counsel is **DENIED.** The district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.